IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00722-BNB

ALLEN GRIDER,
GLENN BELCHER, and
VALERIE PILTZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DOUG KELLEY, As an Individual and in his Official Capacity, and
CITY OR AURORA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 02 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00722-BNB

Jennifer Reba Edwards
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jay Wayne Swearingen
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk