FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00722-MSK-MJW

ALLEN GRIDER,
GLENN BELCHER, and
VALERIE PILTZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DOUG KELLEY, As an Individual and in his Official Capacity, and
CITY OR AURORA,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process

on the defendants.

DATED this 9th day of April, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00722-MSK-MJW

Jennifer R. Edwards
Jay W. Swearingen
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: City and County of Denver, Doug Kelley, and City of Aurora

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on City and County of Denver, Doug Kelley, and City of Aurora: COMPLAINT FILED 03/30/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/2/10.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk