IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 10-cv-00722-MSK-MJW | FTR - Courtroom A-502 |
| Date: October 14, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| ALLEN GRIDER, | Jay W. Swearingen |
| GLENN BELCHER, and | Jennifer R. Edwards |
| VALERIE PILTZ, | Rachel L. Blumenfeld |
| Plaintiff(s), | |
| v. | |
| CITY AND COUNTY OF DENVER, | Wendy J. Shea |
| DOUG KELLEY, and | Nancy C. Rodgers |
| CITY OF AURORA, | Jonathan M. Abramson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING / SHOW CAUSE HEARING / STATUS CONFERENCE
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

The Court addresses the Order to Show Cause [Docket No. 55, Filed September 13, 2010]. Oral responses by Jay Swearingen and Rachel Blumenfeld.

**It is ORDERED:** The ORDER TO SHOW CAUSE [Docket No. **55,** Filed September 13, 2010] is deemed satisfied and is vacated.

The Court raises Plaintiff's counsel Rachel L. Blumenfeld's Motion to Withdraw for argument.

**It is ORDERED:** Plaintiff's counsel Rachel L. Blumenfeld's MOTION TO WITHDRAW [Docket No. **63**, Filed October 11, 2010] is **GRANTED** for reasons as set forth on the record. Rachel L. Blumenfeld is withdrawn as attorney of record, and the Clerk of the Court shall remove Ms. Blumenfeld from electronic notification in this case.

8:42 a.m.      Ms. Blumenfeld is excused from the courtroom.

The Court raises Defendant Aurora's Motion for Disqualification of Counsel [Docket No. 52, Filed September 13, 2010] for argument.

Argument by Nancy Rodgers.
No argument by Wendy Shea.
Argument by Jay Swearingen.

**It is ORDERED:** Defendant Aurora's MOTION FOR DISQUALIFICATION OF COUNSEL [Docket No. **52**, Filed September 13, 2010] is **TAKEN UNDER ADVISEMENT.**

Parties shall have until **5:00 p.m. , OCTOBER 18, 2010** to file any STIPULATION OF FACTS as it relates to this motion.

Hearing concluded.
**Court in recess:** 8:58 a.m.
Total In-Court Time 00: 28

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.