IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00722-MSK-MJW

ALLEN GRIDER,
GLENN BELCHER, and
VALERIE PILTZ,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DOUG KELLEY, and
CITY OF AURORA,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiffs' Motion to Vacate November 19th Status Conference and Stay All Proceedings (docket no. 72) is GRANTED finding good cause shown.  The Status Conference set before Magistrate Judge on November 19, 2010, at 9:30 a.m. is VACATED.  All discovery is STAYED until such time as Judge Krieger enters her ruling on the Objections to Magistrate Judge Watanabe's Order Dated October 25, 2010 (docket no. 71).

It is FURTHER ORDERED that Plaintiffs' attorneys Jennifer Reba Edwards and Jay Wayne Swearingen shall remain on the CM/ECF notice list until further Order of Court.

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on the first day of each month beginning December 1, 2010, and provide this court with an update on the status of the Objections to Magistrate Judge Watanabe's Order Dated October 25, 2010 (docket no. 71).

Date:  November 8, 2010