IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00722-MSK-MJW

ALLEN GRIDER,
GLENN BELCHER, and
VALERIE PILTZ,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, and
CITY OF AURORA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion to Amend the Scheduling Order (Docket No. 109) is granted.  Accordingly, the Scheduling Order (Docket No. 106) is amended such that expert disclosures shall be due on or before September 28, 2012, and rebuttal expert disclosures shall be due on or before October 28, 2012.

Date:  August 17, 2012