IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00722-MSK-MJW

ALLEN GRIDER,
GLENN BELCHER, and
VALERIE PILTZ,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, and
CITY OF AURORA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 121) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 106) is amended as follows:

1. The deadline to complete the specific depositions listed in the subject motion shall be extended to December 21, 2012;

2. The deadline for Defendants to serve rebuttal opinion to Ms. Alison Daniels shall be extended to November 16, 2012; and

3. The deadline for dispositive motions shall be extended to February 15, 2013.

Date: October 18, 2012