# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  10-cv-00722-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**  November 29, 2012 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| ALLEN GRIDER, GLENN BELCHER, and VALERIE PILTZ, | Juliet R. Piccone |
| Plaintiff(s), | |
| v. | |
| CITY AND COUNTY OF DENVER, and CITY OF AURORA, | Wendy J. Shea Nancy C. Rodgers |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC   MOTION   HEARING
**Court in Session:**     1:30 p.m.
Court calls case.  Appearances of counsel.
The Court raises  Defendants' Motion to Strike Plaintiffs' Expert Witness Disclosures of Alison Daniels, Linda Hart, and Dana Babb or in the Alternative Motion to Compel and to Modify Scheduling Order for argument.

Argument by Ms. Piccone on behalf of Plaintiffs.
Argument by Ms. Shea on behalf of City and County of Denver, with statements by Ms. Rodgers on behalf of City and County of Aurora.

**It is ORDERED:**   DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESS DISCLOSURES OF ALISON DANIELS, LINDA HART, AND DANA BABB OR IN THE ALTERNATIVE MOTION TO COMPEL AND TO MODIFY SCHEDULING ORDER [Docket No.  **125**, filed October 29, 2012]   is **GRANTED IN PART and DENIED IN PART.**

That portion of the motion Motion to Strike Plaintiffs' Expert Witness Disclosures of Alison Daniels, Linda Hart, and Dana Babb is DENIED.
Alison Daniels shall submit a more complete, specific, supplemental opinion report as to opinions she intends to  render at trial and the foundational basis for those expert opinions. Linda Hart and Dana Babb shall provide expert reports to the defendants, under Fed. R. Civ. P. (a)2(B).  These three experts shall provide their reports **on or before DECEMBER 20, 2012.**

That portion of the motion Motion to Compel is GRANTED.
That portion of the motion Motion to Amend Scheduling Order is GRANTED.

**It is ORDERED:**     The SCHEDULING ORDER [Docket No. **106**] is amended as follows:

Discovery, fact and expert, cut-off is extended to **MARCH 29, 2013**

Dispositive Motions Deadline is extended to **APRIL 29, 2013**

Plaintiffs shall provide expert reports **on or before DECEMBER 20, 2012**
Defendants shall provide expert reports **on or before JANUARY 22, 2013**

Plaintiffs note they anticipate filing a Second Amended Complaint.

Hearing concluded.
**Court in recess:**  2:08 p.m.
Total In-Court Time 00:38

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119 or  Toll Free  1-800-962-3345.