## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No.   10-cv-00722-MSK-MJW          FTR - Courtroom A-502

Date:   December 06, 2012                        Courtroom Deputy, Ellen E. Miller

_Parties_                                        _Counsel_

ALLEN GRIDER,                                    Juliet R. Piccone
GLENN BELCHER, and
VALERIE PILTZ,

        Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, and                   Wendy J.  Shea
CITY OF AURORA,                                  Nancy C. Rodgers

        Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

---

HEARING:    **TELEPHONIC   MOTIONS   HEARING**
**Court in Session:**    9:09 a.m.
Court calls case.  Appearances of counsel.

The Court raises motions, referred December 05, 2012,  Defendants' Motion to Stay Discovery
[Docket No. 142, filed November 30, 2012] and Defendants' Motion for Forthwith Ruling on
Defendants' Motion to Stay Discovery [Docket No. 143, filed November 30, 2012] for argument.

Argument , and rebuttal,  by Ms. Rodgers on behalf of both defendants.
Response by Ms. Piccone on behalf of all plaintiffs.

**It is ORDERED:**          DEFENDANTS' MOTION FOR FORTHWITH RULING ON
                            DEFENDANTS' MOTION TO STAY DISCOVERY [Docket No. **143**, filed
                            November 30, 2012]   is  **GRANTED** for reasons as set forth on the
                            record.

**It is ORDERED:**          DEFENDANTS' MOTION TO STAY DISCOVERY [Docket No. **142,** filed
                            November 30, 2012]    is **GRANTED** for reasons as set forth on the
                            record.

                            All discovery and deadlines to complete discovery are  STAYED until
                            decisions are rendered on certain pending motions [Docket Nos. 137,
                            140, and 141] or  further order of the Court.

**It is ORDERED:**       Beginning **JANUARY 03, 2013,** and for each month thereafter on the third working day of each month, parties shall file a JOINT STATUS REPORT until further order of the Court or  decisions are received on the following three pending motions:
(1)    City and County of Denver's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. 137, filed November 28, 2012]
(2)     Defendant City of Autora's Motion to Dismiss Plaintiff Belcher's and Plaintiff Piltz's Claims for Lack of Subject Matter Jurisdiction [Docket No. 140, filed November 30, 2012]   and
(3)     Defendant City of Aurora's Motion for Summary Judgment of Plaintiff Grider's Claim   [Docket No. 141, filed November 30, 2012].

Hearing concluded.
**Court in recess:**   9:29 a.m.
Total In-Court Time 00:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.