IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-00722-MSK-MJW

ALLEN GRIDER,

    Plaintiff,

v.

CITY OF AURORA,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on July 30, 2013, Granting Defendant's Motion for Summary Judgment, it is

ORDERED that judgment is entered in favor of the defendant City of Aurora and against Allen Grider in this action. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and the case is closed.

DATED at Denver, Colorado this __31st__ day of July, 2013.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk